IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FARHAD AZIMA,<br>ALG TRANSPORTATION INC.,<br>MAIN 3260 LLC,<br>FFV W39 LLC, and<br>FFV DEVELOPMENT LLC,<br><br>      Plaintiffs,<br><br>v.<br><br>DECHERT LLP,<br>DAVID NEIL GERRARD,<br>DAVID GRAHAM HUGHES,<br>NICHOLAS DEL ROSSO,<br>VITAL MANAGEMENT SERVICES, INC.,<br>AMIT FORLIT,<br>INSIGHT ANALYSIS AND RESEARCH LLC,<br>SDC-GADOT LLC,<br>AMIR HANDJANI,<br>ANDREW FRANK, and<br>KARV COMMUNICATIONS.<br><br>      Defendants. | No: 1:22-cv-08728<br><br>AFFIDAVIT OF KIRBY D. BEHRE IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* |

I, Kirby D. Behre, being duly sworn, do hereby depose and say as follows:

1. I am a member at Miller & Chevalier Chartered.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate of Good Standing attached hereto, I am a member in good standing of the Bar of Maryland and the Bar of the District of Columbia. *See* Exhibit 1.

4. There are no pending disciplinary proceedings against me in any court. I have never been convicted of any felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

5. I am familiar with the Local Rules of United States District Courts for the Southern and Eastern District of New York and agree to be subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Wherefore, I respectfully request that I be admitted to appear as counsel and advocate *pro hac vice* in this case for Plaintiffs.

October 14, 2022

_____
Kirby D. Behre

District of Columbia  )
                      ) ss:
                      )

Subscribed and sworn to before me this 14th day of October, 2022.

_____
Karen D. Henzey
Notary Public
My Commission Expires: 7\14\2027