AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| FARHAD AZIMA <br> *Plaintiff* <br> v. <br> DECHERT LLP, et al. <br> *Defendant* | ) <br> ) <br> ) Case No.  22-cv-8728 (PGG) <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Amir Handjani, Andrew Frank, and KARV Communications.

Date: 10/28/2022

/s/ Daniel P. Filor
*Attorney's signature*

Daniel P. Filor
*Printed name and bar number*

Greenberg Traurig, LLP
One Vanderbilt Avenue
New York, New York 10017
*Address*

filord@gtlaw.com
*E-mail address*

(212) 801-6758
*Telephone number*

(212) 805-9258
*FAX number*

Print    Save As...    Reset