AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| FARHAD AZIMA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 22-cv-8728 (PGG) |
| DECHERT LLP, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Nicholas Del Rosso and Vital Management Services, Inc.

Date: 10/31/2022

/s/ Samuel Rosenthal
*Attorney's signature*

Samuel Rosenthal
*Printed name and bar number*
101 Constitution Avenue, NW
Suite 900
Washington, D.C. 20001

*Address*

sam.rosenthal@nelsonmullins.com
*E-mail address*

(202) 689-2915
*Telephone number*

(202) 689-2860
*FAX number*