AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| FARHAD AZIMA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 22-cv-8728 (PGG) |
| DECHERT LLP, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Nicholas Del Rosso and Vital Management Services, Inc.

Date: 10/31/2022

/s/ Lisa A. Herbert
*Attorney's signature*

Lisa A. Herbert
*Printed name and bar number*
330 Madison Avenue
27th Floor
New York, NY 10017

*Address*

lisa.herbert@nelsonmullins.com
*E-mail address*

(212) 413-9042
*Telephone number*

(646) 428-2610
*FAX number*