**KAPLAN HECKER & FINK LLP**

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL      (212) 763-0883
DIRECT EMAIL     rkaplan@kaplanhecker.com

November 3, 2022

<u>VIA ECF</u>

The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, NY 10007

*Re: Farhad Azima, et al. v. Dechert LLP, et al.,* Civil Case No. 22-cv-8728 (PGG)

Dear Judge Gardephe:

      We represent Defendant Dechert LLP ("Dechert") in the above-referenced matter.  We write to respectfully request that Dechert's time to respond to the Complaint be extended from November 7, 2022, to December 14, 2022.  Plaintiffs consent to this request.

      In addition, Plaintiffs request that, should Dechert submit a pre-motion conference letter requesting to file a motion to dismiss the Complaint, Plaintiffs' time to respond to Dechert's letter be extended from three business days to five business days.  Dechert consents to this request.

      This is Dechert's first extension request.  Dechert requests an extension due to the length and complexity of the Complaint and exhibits, and the need to review the Complaint, consider the allegations, and evaluate potential bases that may support a motion to dismiss.

                      Respectfully submitted,

                      Roberta A. Kaplan

cc:    All counsel of record (via ECF)