IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FARHAD AZIMA,<br>ALG TRANSPORTATION INC.,<br>MAIN 3260 LLC,<br>FFV W39 LLC, and<br>FFV DEVELOPMENT LLC,<br><br>   **Plaintiffs,**<br><br>v.<br><br>DECHERT LLP,<br>DAVID NEIL GERRARD,<br>DAVID GRAHAM HUGHES,<br>NICHOLAS DEL ROSSO,<br>VITAL MANAGEMENT SERVICES, INC.,<br>AMIT FORLIT,<br>INSIGHT ANALYSIS AND RESEARCH LLC,<br>SDC-GADOT LLC,<br>AMIR HANDJANI,<br>ANDREW FRANK, and<br>KARV COMMUNICATIONS,<br><br>   **Defendants.** | No: 1:22-cv-08728-PGG<br><br>MOTION FOR ADMISSION *PRO HAC VICE* |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Cody F. Marden, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of the District of Columbia, Maryland, and Massachusetts, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: October 31, 2022               Respectfully Submitted,

                                                                    */s/ Cody F. Marden*
                                            Cody F. Marden
                                            Miller & Chevalier Chartered
                                            900 Sixteenth Street, N.W.
                                            Black Lives Matter Plaza
                                            Washington, D.C. 20006
                                            P: (202) 626-5800
                                            F: (202) 626-5801
                                            Email: cmarden@milchev.com