

HARRIS | BRICKEN

Matthew C. Schwartz, *Attorney*
212-945-8013
matthew@harrisbricken.com

November 7, 2022

**Via ECF**

The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, NY 10007

     Re:    *Farhad Azima, et al. v. Dechert LLP, et al.,* Civil Case No. 22-cv-8728 (PGG)

Dear Judge Gardephe:

We represent Defendants Insight Analysis and Research LLC and SDC-Gadot LLC (collectively "Defendants") in the above-referenced matter. We write to respectfully request that Defendants' time to respond to the Complaint be extended from November 7, 2022, to November 28, 2022. Plaintiffs consent to this request.

In addition, Plaintiffs request that, should Defendants submit a pre-motion conference letter requesting to file a motion to dismiss the Complaint, Plaintiffs' time to respond to Defendants' letter be extended from three business days to nine business days to December 9, 2022. Defendants consent to this request.

This is Defendants' first extension request. Defendants requests an extension due to the length and complexity of the Complaint and exhibits, and the need to review the Complaint, consider the allegations, and evaluate potential bases that may support a motion to dismiss

                     Respectfully submitted,

                     Matthew C. Schwartz

cc:     All counsel of record (via ECF)

25 W. 39th Street
7th Floor
New York, NY 10018
212-945-8013

firm@harrisbricken.com
harrisbricken.com

LOS ANGELES | NEW YORK | PHOENIX | PORTLAND | SALT LAKE CITY | SEATTLE
BARCELONA | BEIJING | MADRID | MEXICO CITY | PALMA DE MALLORCA