IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FARHAD AZIMA,<br>ALG TRANSPORTATION, INC.,<br>MAIL 3260, LLC, FFV W39, LLC, AND<br>FFV DEVELOPMENT, LLC.<br><br>       Plaintiffs,<br>v.<br><br>DECHERT, LLP, DAVID NEIL<br>GERARD, DAVID GRAHAM HUGHES,<br>NICHOLAS DEL ROSSO, VITAL<br>MANAGEMENT SERVICES, INC., AMIT<br>FORLIT, INSIGHT ANALYSIS AND<br>RESEARCH, LLC, SDC-GADOT, LLC, AMIR<br>HANDJANI, ANDREW FRANK, AND<br>KARV COMMUNICATIONS,<br><br>       Defendants, | Case No.: 1:22-cv-08728 |

## **MOTION FOR ADMISSION PRO HAC VICE:**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Christopher S. Salivar, Esq. and Christopher S. Salivar, P.L.L.C. hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as co-counsel for Defendants INSIGHT ANALYSIS AND RESEARCH, LLC and SDC-GADOT, LLC in the above-captioned action.  The undersigned hereby certifies that I am admitted to the State Bar of the State of Florida as a Member in good standing (a copy of a Certificate of Good Standing is filed herewith) and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit required under Local Rule 1.3.

*Page 1*

Dated this 23rd day of November, 2022.

            Respectfully submitted,

         By: */s/ Christopher S. Salivar, Esq.*
            Christopher S. Salivar, Esquire
            Florida Bar No.: 57031

            CHRISTOPHER S. SALIVAR, P.L.L.C.
            6576 Whispering Wind Way
            Delray Beach, FL 33484
            Tel: (561) 628-8908
            Email: cssalivarattorney@gmail.com