UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FARHAD AZIMA,<br>ALG TRANSPORTATION, INC.,<br>MAIN 3260 LLC,<br>FFV W39 LLC, and<br>FFV DEVELOPMENT LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>DECHERT LLP,<br>DAVID NEIL GERRARD,<br>DAVID GRAHAM HUGHES,<br>NICHOLAS DEL ROSSO,<br>VITAL MANAGEMENT SERVICES, INC.,<br>AMIT FORLIT,<br>INSIGHT ANALYSIS AND RESEARCH LLC,<br>SDC-GADOT LLC,<br>AMIR HANDJANI,<br>ANDREW FRANK, and<br>KARV COMMUNICATIONS,<br><br>    Defendants. | Civil Action No:<br>22-cv-08728-PGG<br><br>**NOTICE OF APPEARANCE** |

To: The Clerk of this Court and all parties of record:

  I certify that I am admitted to practice in this Court, and I appear as counsel for Defendant David Neil Gerrard in the above-captioned matter.

Date: December 27, 2022
    New York, New York

                HARRIS ST. LAURENT &
                WECHSLER LLP

                Andrew St. Laurent
                40 Wall Street, 53rd Floor
                New York, NY 10005
                (m) 646-395-3484

                                                        Fax: (212) 202-6206  
                                                        Email: andrew@hs-law.com

*Attorney for David Neil Gerrard*