UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FARHAD AZIMA,<br>ALG TRANSPORTATION, INC.,<br>MAIN 3260 LLC,<br>FFV W39 LLC, and<br>FFV DEVELOPMENT LLC,<br><br>                    Plaintiffs,<br><br>v.<br><br>DECHERT LLP,<br>DAVID NEIL GERRARD,<br>DAVID GRAHAM HUGHES,<br>NICHOLAS DEL ROSSO,<br>VITAL MANAGEMENT SERVICES, INC.,<br>AMIT FORLIT,<br>INSIGHT ANALYSIS AND RESEARCH LLC,<br>SDC-GADOT LLC,<br>AMIR HANDJANI,<br>ANDREW FRANK, and<br>KARV COMMUNICATIONS,<br><br>                    Defendants. | Civil Action No. 1:22-cv-08728 (PGG)<br><br>**NOTICE OF APPEARANCE OF<br>MARK WEINER<br>ON BEHALF OF<br><u>DEFENDANT DECHERT LLP</u>** |

**PLEASE TAKE NOTICE** that Mark Weiner, an attorney duly admitted to practice in this Court, hereby enters his appearance on behalf of Defendant Dechert LLP in the above-captioned action, and requests that all notices, filings, and other papers relating to this action be served upon him at the undersigned address.

Dated:  February 23, 2023
            New York, New York

_____
Mark Weiner
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
(212) 763-0883
mweiner@kaplanhecker.com

*Counsel for Defendant Dechert LLP*