## הנהלת בתי המשפט
## إدارة المحاكم
## COURTS ADMINISTRATION

Legal Assistance to Foreign Countries          המחלקה לסיוע למדינות זרות

Date: 03 ינואר 2023          our ref: 67772-11-22

**To:**
Calvin Lee, Attorney at Law
Miller& Chevalier Chartered
900 Sixteenth St. NW, Blacj Lives matter Plaza
Washington, DC 20006
**USA**

Dear Sir/Madam,

**Subject: Request for Service of Documents**

Your request for service of documents upon to **Amit Forlit** has been executed.
Please find attached the certificate.
Please forward the attached documents to the proper authorities.

Sincerely,

Livnat Ifrah
Legal Assistance to Foreign Countries

*[Stamp: Administration of Court, Legal Assistance to Foreing Countries, 22 Kanfei Nesharim 9549434 Jerusalem, Israel, Tel: +972-74-81836 Fax: +972-74-7481897]*

1 מתוך 1

---

רח' כנפי נשרים 22 ירושלים 9546436
Kanfey Nesharim st. 22, Jerusalem, 9546436, Israel
טל': 074-7481836     פקס: 074-7481887
E-mail: Foreign.Countries@court.gov.il
- עדיפות לדוא"ל -

266-00024678
11/12/2022
תאריך הנפקה:
הופק ע"י ענת גבע

עמית AMIT פורליט ORLIT ח"ז
הברזל 5א   מיקוד 6971002
תל אביב - יפו

מען להחזרת אישור המסירה
רח' כנפי נשרים 22, ירושלים

מדינת ישראל
אישור מסירה לסריקה
חיק בימ"ש 67772-11-22
266-00024678-80

אל ח"ז FORLIT פורליט AMIT עמית
הברזל 5א   מיקוד 6971002 תל אביב - יפו

☐ פקיד מסירה    ☐ עובד דואר ישראל

ביקור 1: בתאריך _____ בשעה 7 שם _____ ☐ לא נמצא בבית
ביקור 2: בתאריך _____ בשעה 10 שם _____ ☐ לא נמצא בבית
ביקור 3: בתאריך _____ בשעה 10 שם _____ ☐ לא נמצא בבית

דבר הדואר נמסר באופן הבא: ☐1. לידי הנמען הרשום  ☐2. בהעדר הנמען נמסר למי שגר עימו בבית ונראה כי מלאו לו 18 שנה
☐6. סרב לקבל - הודבק
☐5. עזב  ☐9. לאחר ביקור שלישי - הודבק  ☐4. מען בלתי מספיק  ☐8. לא ידוע במען
☐11. לאחר ביקור שלישי - הונח בתיבת הדואר

תאריך    חתימתו    שם פקיד המסירה / עובד דואר ישראל    חתימתו    שם המקבל

Administration of court
Legal Assistance to
Foreign Countries
0 2 -01- 2023
RECEIVED



הנהלת בתי המשפט
إدارة المحاكم
COURTS ADMINISTRATION

Legal Assistance to Foreign Countries                        המחלקה לסיוע למדינות זרות

Date: 03 ינואר 2023                                          our ref: 67772-11-22

CERTIFICATE

The undersigned authority has the honor to certify, in conformity with Article 6 of the Convention,

1) that the documents directed to **Amit Forlit** has been served*

- The **03/01/23**
- At 5– A Habarzel Street, Tel-Aviv 69710-02, Israel.

- in one of the following methods authorised by Article 5:

a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of Article 5 of the Convention*.

The documents referred to in the request have been delivered to:

- **A Court Personnel has visited the address three times and had not found the recipient there. He has, therefore, left the documents on the door.**

In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Annexes*
Documents returned: ................................................................
In appropriate cases, documents establishing the service:

................................................................

Done in Jerusalem,

**Advocate Barak Laser**
The Legal Advisor to the
Administration of Courts
Jerusalem, Israel

1 מתוך 1

רח' כנפי נשרים 22 ירושלים 9546436
Kanfey Nesharim st. 22, Jerusalem, 9546436, Israel
טל': 074-7481836   פקס: 074-7481887
E-mail: Foreign.Countries@court.gov.il
- עדיפות לדוא"ל -