UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FARHAD AZIMA,<br>ALG TRANSPORTATION, INC.,<br>MAIN 3260 LLC,<br>FFV W39 LLC, and<br>FFV DEVELOPMENT LLC,<br><br>                    Plaintiffs,<br><br>   - against -<br><br>DECHERT LLP,<br>DAVID NEIL GERRARD,<br>DAVID GRAHAM HUGHES,<br>NICHOLAS DEL ROSSO,<br>VITAL MANAGEMENT SERVICES, INC.,<br>AMIT FORLIT,<br>INSIGHT ANALYSIS AND RESEARCH LLC,<br>SDC-GADOT LLC,<br>AMIR HANDJANI,<br>ANDREW FRANK, and<br>KARV COMMUNICATIONS,<br><br>                    Defendants. | 22 Civ. 8728 (PGG)(JW)<br><br>**NOTICE OF APPEARANCE**<br>**OF CHRISTOPHER W. JONES**<br>**ON BEHALF OF PLAINTIFFS** |

**PLEASE TAKE NOTICE** that Christopher W. Jones, an attorney duly admitted *pro hac vice* to practice in this Court, hereby enters his appearance on behalf of Plaintiffs Farhad Azima, ALG Transportation, Inc., Main 3260 LLC, FFV W39 LLC and FFV Development, LLC in the above-captioned action and requests that all notices, filings and other papers relating to this action be served upon him at the undersigned address.

Dated: New York, New York
March 10, 2023

_____
Christopher W. Jones

WOMBLE BOND DICKINSON (US), LLP
555 Fayetteville Street
Suite 1100
Raleigh, North Carolina 27601
(919) 755-2100
christopher.jones@wbd-us.com

*Attorney for Plaintiffs Farhad Azima, ALG Transportation, Inc., Main 3260 LLC, FFV W39 LLC and FFV Development, LLC*