UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FARHAD AZIMA,<br>ALG TRANSPORTATION, INC.,<br>MAIN 3260 LLC,<br>FFV W39 LLC, AND<br>FFV DEVELOPMENT LLC,<br><br>     Plaintiffs,<br><br> -against-<br><br>DECHERT LLP,<br>DAVID NEIL GERRARD,<br>DAVID GRAHAM HUGHES,<br>NICHOLAS DEL ROSSO,<br>VITAL MANAGEMENT SERVICES, INC.,<br>AMIT FORLIT,<br>INSIGHT ANALYSIS AND RESEARCH LLC,<br>SDC-GADOT LLC,<br>AMIR HANDJANI,<br>ANDREW FRANK, and<br>KARV COMMUNICATIONS,<br><br>     Defendants. | Civil Action No. 22-CV-8728 (PGG)<br><br>DECLARATION OF MICHAEL GERBER IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL |

  I, Michael Gerber, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner at Lankler Siffert & Wohl ("LSW"). I submit this declaration in support of my motion to withdraw as counsel of record for Defendant David Graham Hughes.

2. The reason for my withdrawal is that I am leaving LSW to take a position in the public sector.

3. Mr. Hughes will continue to be represented by Helen Gredd of LSW.

4. I am not asserting a retaining or charging lien.

5. Accordingly, my withdrawal will not cause or result in any delay or prejudice, particularly given the ongoing representation of Mr. Hughes by LSW in this action.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 11, 2023
New York, New York

/s/ Michael Gerber
Michael Gerber
LANKLER SIFFERT & WOHL LLP
1185 Avenue of the Americas
New York, NY 10036
(212) 921-8399
mgerber@lswlaw.com