UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FARHAD AZIMA, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DECHERT LLP, et al., ) <br> ) <br> Defendants. ) | 22 Civ. 8728 (PGG) <br><br> **MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW ATTORNEY APPEARANCE** |

PLEASE TAKE NOTICE THAT pursuant to Local Civil Rule 1.4, Plaintiffs Farhad Azima, ALG Transportation, Inc., Main 3260 LLC, FFV W39 LLC, and FFV Development LLC (collectively, "Plaintiffs") move for leave of Court to withdraw the appearance of Joseph Rillotta as counsel for Plaintiffs.  Mr. Rillotta will leave the employ of Miller & Chevalier Chartered effective May 5, 2023, and he will assume a position with the United States Treasury on May 8, 2023.  *See* Affidavit of Joseph A. Rillotta in Support of Motion for Leave to Withdraw ("Rillotta Affidavit") ¶ 4.

No request for any change in schedule is being sought in connection with this motion, and the withdrawal of Mr. Rillotta will not unduly delay the case, will not be unduly prejudicial to any party, and will not otherwise be against the interests of justice.  Plaintiffs will continue to be represented by:

    Calvin Lee (#5621677)
    Kirby D. Behre (*pro hac vice*)
    Timothy P. O'Toole (*pro hac vice*)
    Lauren E. Briggerman (*pro hac vice*)
    Ian Herbert (*pro hac vice*)
    Cody Marden (*pro hac vice*)
    **MILLER & CHEVALIER CHARTERED**
    900 16th Street, NW
    Washington, D.C.  20006
    Phone: (202) 626-5800

1

Fax: (202) 626-5801
Email: clee@milchev.com
Email: kbehre@milchev.com
Email: totoole@milchev.com
Email: lbriggerman@milchev.com
Email: iherbert@milchev.com
Email: cmarden@milchev.com

Harry H. Rimm (#2720829)
**WOMBLE BOND DICKINSON (US) LLP**
950 Third Avenue, Suite 2400
New York, NY 10022
Phone: (332) 258-8400
Fax:  (332) 258-8949
Email: Harry.Rimm@wbd-us.com

Ripley Rand (admitted *pro hac vice*)
Christopher W. Jones (admitted *pro hac vice*)
**WOMBLE BOND DICKINSON (US) LLP**
555 Fayetteville Street, Suite 1100
Raleigh, N.C. 27601
Phone: (919) 755-2100
Fax: (919) 755-2150
Email: ripley.rand@wbd-us.com
Email: chris.jones@wbd-us.com

*See* Rillotta Affidavit ¶ 6.  Neither Mr. Rillotta nor Miller & Chevalier are asserting a retaining or charging lien.  *Id*. ¶ 7.

In light of the foregoing, Plaintiffs respectfully submit that leave for withdrawal of counsel should be granted under Local Civil Rule 1.4.

Dated: May 4, 2023
       Washington, DC          Respectfully submitted,

                                       */s/ Calvin Lee*
                                     Calvin Lee (#5621677)
                                     Kirby D. Behre (admitted *pro hac vice*)
                                     Timothy P. O'Toole (admitted *pro hac vice*)
                                     Lauren E. Briggerman (admitted *pro hac vice*)
                                     Ian A. Herbert (admitted *pro hac vice*)
                                     Cody F. Marden (admitted *pro hac vice*)

>Miller & Chevalier Chartered
>900 Sixteenth St. NW
>Black Lives Matter Plaza
>Washington, DC 20006
>Tel. (202) 626-5800
>Fax. (202) 626-5801
>Email: clee@milchev.com
>Email: kbehre@milchev.com
>Email: totoole@milchev.com
>Email: iherbert@milchev.com
>Email: cmarden@milchev.com
>
>Harry H. Rimm (#2720829)
>Womble Bond Dickinson (US), LLP
>950 Third Avenue, Suite 2400
>New York, NY 10022
>Tel. (332) 258-8400
>Fax. (332) 258-8949
>Email: harry.rimm@wbd-us.com
>
>Ripley Rand (admitted *pro hac vice*)
>Christopher W. Jones (admitted *pro hac vice*)
>**WOMBLE BOND DICKINSON (US) LLP**
>555 Fayetteville Street, Suite 1100
>Raleigh, N.C. 27601
>Phone: (919) 755-2100
>Fax: (919) 755-2150
>Email: ripley.rand@wbd-us.com
>Email: chris.jones@wbd-us.com
>
>*Counsel for Plaintiffs*