# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FARHAD AZIMA, et al., ) | |
| ) | |
| Plaintiffs, ) | No: 1:22-cv-08728-PGG |
| ) | |
| v. ) | |
| ) | **ORDER** |
| DECHERT LLP, et al., ) | |
| ) | |
| Defendants. ) | |

UPON CONSIDERATION of the Plaintiff's Motion for Leave to Withdraw Attorney Appearance, the supporting papers, and the entire record herein, it is ORDERED that the motion is GRANTED.

SO ORDERED this  8th  day of May, 2023.

_____
Paul G. Gardephe
United States District Judge