# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63ᴿᴰ FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL       212.763.0886
DIRECT EMAIL      jquinn@kaplanhecker.com

June 12, 2023

**BY CM/ECF**

Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, NY 10007

> *Re:*  *Farhad Azima, et al. v. Dechert LLP, et al.*, No. 22-cv-8728 (PGG)

Dear Judge Gardephe:

We write on behalf of all Defendants in order to respectfully request a one-day extension of the deadline for Defendants' replies in support of our motions to dismiss the Complaint, from June 19th to June 20th, in light of the upcoming Juneteenth federal holiday.  Plaintiffs consent to the request.

We thank the Court for its consideration.

Respectfully submitted,

John Quinn