UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FARHAD AZIMA,<br>ALG TRANSPORTATION, INC.,<br>MAIN 3260 LLC,<br>FFV W39 LLC, AND<br>FFV DEVELOPMENT LLC,<br><br>     Plaintiffs,<br><br> -against-<br><br>DECHERT LLP,<br>DAVID NEIL GERRARD,<br>DAVID GRAHAM HUGHES,<br>NICHOLAS DEL ROSSO,<br>VITAL MANAGEMENT SERVICES, INC.,<br>AMIT FORLIT,<br>INSIGHT ANALYSIS AND RESEARCH LLC,<br>SDC-GADOT LLC,<br>AMIR HANDJANI,<br>ANDREW FRANK, and<br>KARV COMMUNICATIONS,<br><br>     Defendants. | Civil Action No. 22-CV-8728 (PGG)<br><br>**NOTICE OF DEFENDANT<br>DAVID GRAHAM HUGHES'<br>MOTION TO DISMISS<br>THE COMPLAINT**<br><br>**Oral Argument Requested** |

   PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant David Graham Hughes' Motion to Dismiss, dated February 28, 2023, and the Joint Memorandum of Law in Support of Defendants' Motions to Dismiss, dated February 28, 2023, defendant David Graham Hughes, by his undersigned attorneys, will move this Court, before the Honorable Paul G. Gardephe, United States District Judge for the Southern District of New York, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, at a date and time to be determined by the Court, for an order pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure dismissing plaintiffs' complaint, and for such other and further relief as the Court deems just and proper.

Dated: February 28, 2023
      New York, New York

                                        Helen Gredd
                                        Michael Gerber
                                        LANKLER SIFFERT & WOHL LLP
                                        500 Fifth Avenue
                                        New York, NY 10110
                                        (212) 921-8399
                                        hgredd@lswlaw.com
                                        mgerber@lswlaw.com

                                        *Attorneys for Defendant David Graham Hughes*