UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FARHAD AZIMA,<br>ALG TRANSPORTATION, INC.,<br>MAIN 3260 LLC,<br>FFV W39 LLC, and<br>FFV DEVELOPMENT LLC,<br><br>                Plaintiffs,<br>v.<br><br>DECHERT LLP,<br>DAVID NEIL GERRARD,<br>DAVID GRAHAM HUGHES,<br>NICHOLAS DEL ROSSO,<br>VITAL MANAGEMENT SERVICES, INC.,<br>AMIT FORLIT,<br>INSIGHT ANALYSIS AND RESEARCH LLC,<br>SDC-GADOT LLC,<br>AMIR HANDJANI,<br>ANDREW FRANK, and<br>KARV COMMUNICATIONS,<br><br>                Defendants. | Case No. 1:22-cv-08728 (PGG) (JW)<br><br>**NOTICE OF DEFENDANT DECHERT LLP'S MOTION TO DISMISS THE COMPLAINT** |

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant Dechert LLP's Motion to Dismiss, the Declaration of David Gopstein, dated February 28, 2023, and the accompanying exhibits, the Joint Memorandum of Law in Support of Defendants' Motions to Dismiss, the Declaration of John C. Quinn, dated February 28, 2023, and the attached exhibits, the Complaint (Dkt. 1), and all other papers and proceedings herein, Defendant Dechert LLP, by and through its counsel, will move this Court before the Honorable Paul G. Gardephe, United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, 10007, at a date and time to be determined by the Court, for an Order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure,

dismissing the Complaint in its entirety with prejudice and granting such other and further relief as this Court may deem just and proper.

Dated: February 28, 2023
      New York, New York

                                                                      /s/ Sean Hecker
                                                        Sean Hecker
                                                        John C. Quinn
                                                        David Gopstein
                                                        Mark Weiner
                                                        KAPLAN HECKER & FINK LLP
                                                        350 Fifth Avenue, 63rd Floor
                                                        New York, New York 10118
                                                        Tel.: (212) 763-0883
                                                        shecker@kaplanhecker.com
                                                        jquinn@kaplanhecker.com
                                                        dgopstein@kaplanhecker.com
                                                        mweiner@kaplanhecker.com

                                                        *Counsel for Defendant Dechert LLP*

## CERTIFICATE OF SERVICE

I, Sean Hecker, certify that I caused a copy of the foregoing Notice of Defendant Dechert LLP's Motion to Dismiss with accompanying Memorandum of Law in Support, Declaration of David Gopstein, and Exhibits 1-3 to be served upon all counsel of record via e-mail on February 28, 2023.

_____

Sean Hecker