**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

FARHAD AZIMA,
ALG TRANSPORTATION, INC.,
MAIN 3260 LLC,
FFV W39 LLC, and
FFV DEVELOPMENT LLC,

                Plaintiffs,

v.

DECHERT LLP,
DAVID NEIL GERRARD,
DAVID GRAHAM HUGHES,
NICHOLAS DEL ROSSO,
VITAL MANAGEMENT SERVICES, INC.,
AMIT FORLIT,
INSIGHT ANALYSIS AND RESEARCH LLC,
SDC-GADOT LLC,
AMIR HANDJANI,
ANDREW FRANK, and
KARV COMMUNICATIONS,

                Defendants.

Case No. 1:22-cv-08728 (PGG) (JW)

---

**DECLARATION OF DAVID GOPSTEIN IN SUPPORT OF**
**DEFENDANT DECHERT LLP'S MOTION TO DISMISS**

I, DAVID GOPSTEIN, declare as follows:

1.      I am an attorney with the law firm of Kaplan Hecker & Fink, counsel for Defendant Dechert LLP ("Dechert"). I submit this declaration in support of Dechert's Motion to Dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(6).

2.      Attached hereto as Exhibit 1 is a true and correct copy of the 2016 Settlement Agreement between Farhad Azima and the Ras Al Khaimah Investment Authority ("RAKIA") incorporated by reference in the Complaint. *See* Complaint ¶¶ 62–65, 69.

3.      Attached hereto as Exhibit 2 is a true and correct copy of Petitioner's Reply in Support of Application for Order to Take Discovery Pursuant to 28 U.S.C. § 1782 in *Azima v. Handjani*, No. 21-MC-501, Dkt. 13 (S.D.N.Y. Aug. 4, 2021), a judicial record.

4.      Attached hereto as Exhibit 3 is a true and correct copy of this Court's July 15, 2022, Order in *Azima v. Handjani*, No. 21-MC-501, Dkt. 26 (S.D.N.Y. July 15, 2022), a judicial record.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 28, 2023
        New York, New York                    By: _____
                                                      David Gopstein