# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL       212.763.0889
DIRECT EMAIL      shecker@kaplanhecker.com

June 20, 2023

**BY CM/ECF**

The Honorable Paul G. Gardephe
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 705
New York, New York 10007

Re:   *Azima et al. v. Dechert LLP et al.*, No. 1:22-cv-08728-PGG

Dear Judge Gardephe:

We write on behalf of all Defendants in the above-referenced matter pursuant to Rule IV(D) of Your Honor's Individual Rules of Practice, to request oral argument on our respective Motions to Dismiss Plaintiffs' Complaint. *See* ECF Nos. 138, 139, 142, 145, 147, 151.

We thank the Court for its consideration.

Respectfully submitted,

Sean Hecker
John C. Quinn
David Gopstein
Mark Weiner
KAPLAN HECKER & FINK LLP

*Counsel for Defendant Dechert LLP*

cc:   All Counsel of Record