Miller & Chevalier

Lauren Briggerman
Member
(202) 626-5800
lbriggerman@milchev.com

June 20, 2023

**VIA CM/ECF**

Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 705
New York, NY 10007

      Re:    *Azima, et al. v. Dechert LLP, et al.*, No. 22-cv-08728-PGG-JW

Dear Judge Gardephe:

     In accordance with Individual Rule IV.D, Plaintiffs Farhad Azima, ALG Transportation, Inc., Main 3260 LLC, FFV W39 LLC, and FFV Development LLC respectfully request oral argument on Defendants' Motions to Dismiss. The motions are now fully briefed and have been filed, along with their corresponding oppositions and replies, at ECF Nos. 138-139, 141-142, 144-147, 149, 151, 154, and 161-66.

                                                      Sincerely,

                                                      Lauren Briggerman

cc:    Counsel of Record (Via CM/ECF)