

Daniel Filor
Tel 212.801.6758
filord@gtlaw.com

VIA CM/ECF                                                September 25, 2023

The Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

The Honorable Jennifer E. Willis
United States Magistrate Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *Azima, et al. v. Dechert, LLP, et al.*, Case No. 1:22-cv-08728 (S.D.N.Y.)

Dear Judges Gardephe and Willis:

We represent Defendants Amir Handjani, Andrew Frank, and KARV Communications in the above-referenced matter. We write to provide the Court with notice of a recent Memorandum Opinion issued by the Honorable James E. Boasberg, Chief Judge of the District Court for the District of Columbia, which may bear on the currently pending Motions to Dismiss the Complaint currently *sub judice* before Your Honor (attached as Exhibit A). *See* ECF Nos. 138, 139, 142, 145, 147, and 151.

Respectfully submitted,

*/s/ Daniel P. Filor*

Daniel P. Filor

Encl.

cc:   All Counsel (by ECF)