UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
AZIMA *et al*,

                    Plaintiffs,                    **ORDER**

       -against-                          **22-CV-8728 (PGG) (JW)**

DECHERT LLP *et al*,

                    Defendants.
----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

       This Court has been referred the pending Motion to Dismiss. Dkt. No. 169. Both the Plaintiffs and the Defendants requested oral argument. Dkt. Nos. 160, 168. Oral argument will be held on **January 30, 2024, at 2:30 pm** in Courtroom 228, 40 Foley Square, New York, New York.

       SO ORDERED.

DATED:    New York, New York
               January 10, 2024

                                                                 JENNIFER E. WILLIS
                                                                United States Magistrate Judge