# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL      212.763.0889
DIRECT EMAIL     shecker@kaplanhecker.com

**BY CM/ECF**

The Honorable Jennifer E. Willis
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> This request is GRANTED. The oral argument shall be held **on February 8, 2024 at 3pm** in Courtroom 228, 40 Foley Square.
>
> SO ORDERED.
>
> *Jennifer E. Willis*
> Jennifer E. Willis
> United States Magistrate Judge
>
> January 17, 2024

Re:   *Farhad Azima, et al. v. Dechert LLP, et al.*, No. 22-cv-8728-PGG-JW

Dear Magistrate Judge Willis:

We represent Defendant Dechert LLP ("Dechert") in the above-referenced matter. After conferring with all parties in this matter, we write to respectfully request that the Court reschedule oral argument on the Motions to Dismiss from January 30, 2024, to the afternoon of February 8, 2024. All parties consent to this request.

We request an extension because I am in a court-ordered deposition out of state on January 30, 2024. I am also on trial in a separate matter, also out of state, beginning on February 9, 2024. We have conferred with all parties to account for their schedules, and, despite a number of scheduling conflicts, all parties—including Plaintiffs—are available on the afternoon of February 8, 2024. Thus, if that date is convenient for the Court, we respectfully request that oral argument be rescheduled accordingly.

In addition, if there are any particular issues or filings that would be most useful to focus on in the hearing, the parties would be happy to incorporate any guidance from the Court as they prepare for the upcoming argument.

Respectfully submitted,

Sean Hecker