UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
AZIMA *et al*,

                 Plaintiffs,

-against-

DECHERT LLP *et al*,

                 Defendants.
------------------------------------------------------------------X

**ORDER**

**22-CV-8728 (PGG) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court previously heard oral argument on February 8th. A second oral argument will be held on **March 11, 2024, at 11 am** in Courtroom 228, 40 Foley Square, New York, New York. It is recommended that the Parties clear their calendar for the entire day.

Prior to the conference, the Plaintiffs and the Defendants are directed to pre-order expedited transcripts from the Court Reporters Office.

SO ORDERED.

DATED:    New York, New York
               February 16, 2024

*Jennifer E. Willis*
_____
JENNIFER E. WILLIS
United States Magistrate Judge