**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FARHAD AZIMA,<br>ALG TRANSPORTATION, INC.,<br>MAIN 3260 LLC,<br>FFV W39 LLC, and<br>FFV DEVELOPMENT LLC,<br><br>                           Plaintiffs,<br><br>v.<br><br>DECHERT LLP,<br>DAVID NEIL GERRARD,<br>DAVID GRAHAM HUGHES,<br>NICHOLAS DEL ROSSO,<br>VITAL MANAGEMENT SERVICES, INC.,<br>AMIT FORLIT,<br>INSIGHT ANALYSIS AND RESEARCH LLC,<br>SDC-GADOT LLC,<br>AMIR HANDJANI,<br>ANDREW FRANK, and<br>KARV COMMUNICATIONS,<br><br>                           Defendants. | Case No. 1:22-cv-08728 (PGG) (JW) |

## MOTION TO ALLOW USE OF ELECTONIC DEVICES DURING MARCH 11, 2024 HEARING

COMES NOW the undersigned counsel for INSIGHT ANALYSIS AND RESEARCH, LLC, SDC-GADOT, LLC, and AMIT FORLIT, and hereby requests that this Court enter an Order allowing the undersigned counsel to each bring on (1) cellular telephone, and one (1) laptop computer, for use during the hearing to be held before this Court on March 11, 2024.

A proposed Order is enclosed herewith for the Court's review.

Respectfully submitted this 1st day of March, 2024.

By: */s/ Christopher S. Salivar, Esq.*
      Christopher S. Salivar, Esquire
      Florida Bar No.: 57031
      Email: cssalivarattorney@gmail.com

1

cs@baretlawgroup.com

By: /s/ Elan I. Baret, Esq.
Elan I. Baret, Esquire
Florida Bar No.: 20676
Email: elan@baretlawgroup.com


**CERTIFICATE OF SERVICE**:

Your undersigned certifies that a copy of this Motion was served upon all counsel of record for the parties via the Court's CM/ECF system on this 1st day of March, 2024, per the email list below.

By: /s/ Christopher S. Salivar, Esq.
Christopher S. Salivar, Esquire
Florida Bar No.: 57031
Email: cssalivarattorney@gmail.com
cs@baretlawgroup.com


**EMAIL SERVICE LIST**:

Helen Gredd: hgredd@lswlaw.com;
Roberta Ann Kaplan: rkaplan@kaplanhecker.com, docketing@kaplanhecker.com
Samuel Rosenthal: sam.rosenthal@nelsonmullins.com, crystal.revelle@nelsonmullins.com, leslie.freeman@nelsonmullins.com
Daniel Post Filor    filord@gtlaw.com, daniel-filor-9814@ecf.pacerpro.com, gtcourtalert@gtlaw.com
Sean Hecker    shecker@kaplanhecker.com, docketing@kaplanhecker.com, slowery@kaplanhecker.com
Andrew M. St. Laurent    andrew@sc-harris.com
Harry H. Rimm    harry.rimm@wbd-us.com, holly.hampton@wbd-us.com
Lisa Ann Herbert    lisa.herbert@nelsonmullins.com, crystal.revelle@nelsonmullins.com
Timothy P. O'Toole    totoole@milchev.com, ktafuri@milchev.com
Evan Wilson Bolla    ewbolla@hs-law.com, ewbolla@harrisobrien.com
David Norwich Gopstein    dgopstein@kaplanhecker.com
Simon I Malinowski    simon@pmlaw.nyc, staci@harrisbricken.com
John Charles Quinn    jquinn@kaplanhecker.com, docketing@kaplanhecker.com
Mark Aaron Weiner    mweiner@kaplanhecker.com
David Glenn Barger    bargerd@gtlaw.com, gtcourtalert@gtlaw.com, mcbrayerb@gtlaw.com, suprina.johnson@gtlaw.com, suzana.frasheri@gtlaw.com
Kirby D Behre    kbehre@milchev.com, ktafuri@milchev.com, mluebrecht@milchev.com
Matthew Corey Schwartz    matthew@harrisbricken.com, staci@harrisbricken.com

Calvin Lee      clee@milchev.com, bhill@milchev.com, calvin-lee-2401@ecf.pacerpro.com, iherbert@milchev.com, kbehre@milchev.com, ktafuri@milchev.com, lsemones@milchev.com
Brandon Garrett Davis      bdavis@lswlaw.com, 4426675420@filings.docketbird.com
Ian A Herbert      iherbert@milchev.com, ktafuri@milchev.com, mluebrecht@milchev.com
Cody Marden      cmarden@milchev.com
Elan Baret      elan@baretlawgroup.com
Christopher S Salivar      cs@baretlawgroup.com
Michael Sklaire      sklairem@gtlaw.com
Lauren E Briggerman      lbriggerman@milchev.com, ktafuri@milchev.com, mluebrecht@milchev.com
Ripley Eagles Rand      ripley.rand@wbd-us.com
Christopher Wayne Jones      chris.jones@wbd-us.com


By: */s/ Christopher S. Salivar, Esq.*
    Christopher S. Salivar, Esquire
    Florida Bar No.: 57031
    Email: cssalivarattorney@gmail.com
           cs@baretlawgroup.com