

**NELSON MULLINS RILEY & SCARBOROUGH LLP**
ATTORNEYS AND COUNSELORS AT LAW

Samuel Rosenthal
T: 202.689.2915
sam.rosenthal@nelsonmullins.com

330 Madison Avenue, 27th Floor
New York, NY 10017
T 212.413.9000  F 646.428.2610
nelsonmullins.com

March 8, 2024

Via ECF

The Honorable Jennifer E. Willis, U.S.M.J.
United States District Court
Southern District of New York
40 Foley Square,
New York, NY 10007

    Re:    Azima v. Dechert et al., Case No. 22-cv-08728 (PGG)(JW)

Dear Magistrate Judge Willis:

    We write on behalf of Defendants Del Rosso and Vital Management (the "Vital Defendants"). We wish to invite the Court's attention to supplemental authority relating to claims of hacking filed in El Omari v. Dechert et al. As reflected in the attached report and recommendation of Magistrate Judge Wang the complaint containing hacking and other allegations against Dechert and the Vital Defendants was determined to be fatally flawed, and subject to dismissal.

    Respectfully submitted,

    NELSON MULLINS RILEY &
    SCARBOROUGH, LLP

    By:__/s/ Samuel Rosenthal_____
    Samuel Rosenthal
    *Counsel for Del Rosso and Vital Management*

cc: All counsel of record (by ECF)