# Exhibit 1

Block: 10:00 - 13:00 General International Jurisdiction Work

**3**  Amit FORLIT (M)  DOB: 25/11/1967 Age: 56  **2400625176**
N/K  (1st Listing)

Informant: NSTD  URN: 02EX0000024

1  EA03504  **Extradition - Person arrested under a provisional warrant issued under s.73**
Arrested on a provisional warrant issued at the request of USA. Conspiracy to commit computer hacking (Title 18, U.S. Code, Section 371) .
In accordance with section 74 of the Extradition Act 2003.

2  EA03504  **Extradition - Person arrested under a provisional warrant issued under s.73**
Arrested on a provisional warrant issued at the request of USA. Conspiracy to commit wire fraud (Title 18, U.S. Code, Section 1349) .
In accordance with section 74 of the Extradition Act 2003.

3  EA03504  **Extradition - Person arrested under a provisional warrant issued under s.73**
Arrested on a provisional warrant issued at the request of USA. wire fraud (Title 18, U.S. Code, Section 1343 and 2) .
In accordance with section 74 of the Extradition Act 2003.