UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FARHAD AZIMA, ALG TRANSPORTATION, INC., MAIN 3260 LLC, FFV W39 LLC, and FFV DEVELOPMENT LLC,

    Plaintiffs,

- against –

DECHERT LLP, DAVID NEIL GERRARD, DAVID GRAHAM HUGHES, NICHOLAS DEL ROSSO, VITAL MANAGEMENT SERVICES, INC., AMIT FORLIT, INSIGHT ANALYSIS AND RESEARCH LLC, SDC-GADOT LLC, AMIR HANDJANI, ANDREW FRANK, and KARV COMMUNICATIONS,

    Defendants.

Case: No. 1:22-cv-08728 (PGG)(JW)

## NOTICE OF MOTION TO WITHDRAW APPEARANCE

**PLEASE TAKE NOTICE** that, upon the accompanying declaration of Roberta A. Kaplan, dated August 15, 2024, and pursuant to Local Civil Rule 1.4, Defendant Dechert LLP respectfully requests the withdrawal of the appearance of Roberta A. Kaplan as counsel.  Dechert LLP further requests, pursuant to Section 2.5 of the Electronic Case Filing Rules and Instructions, that the email rkaplan@kaplanmartin.com be removed from the ECF service notification list for this case.

Dechert LLP will continue to be represented by Sean Hecker, John C. Quinn, David N. Gopstein, and Mark A. Weiner of Hecker Fink, LLP.

Case 1:22-cv-08728-PGG-JW   Document 194   Filed 08/15/24   Page 2 of 2

| | |
|---|---|
| Dated: August 15, 2024 | Respectfully submitted,<br><br>/s/ *Roberta A. Kaplan*<br>Roberta A. Kaplan<br>KAPLAN MARTIN LLP<br>156 West 56th Street, Suite 207<br>New York, New York 10019<br>Tel: (212) 316-9500<br>rkaplan@kaplanmartin.com<br><br>*Counsel for Dechert LLP* |