# Miller & Chevalier

**Kirby D. Behre**
Member
(202) 626-5960
kbehre@milchev.com

September 30, 2024

**VIA CM/ECF**

Judge Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2104
New York, New York 10007

    Re:    *Azima, et al. v. Dechert LLP, et al.,* No. 22-cv-8728
             Joint Request for Extension of Time

Dear Judge Gardephe:

    On September 26, 2024, Magistrate Judge Jennifer E. Willis issued her Report & Recommendation ("R&R") (ECF No. 201) in the above-captioned matter ruling on Defendants' Motion to Dismiss. The parties hereby jointly respectfully request an extension of time to respond to the R&R.

    A party has 14 days to object to the R&R and 14 days to respond to an opposing party's objections to the R&R, in accordance with Fed. R. Civ. P. 72(b) and 28 U.S.C. § 636(b)(1)(C). The current deadlines for serving objections and responses to objections are October 10 and October 24, respectively.

    Plaintiffs and Defendants agree that additional time is necessary to analyze and respond to the R&R and the opposing parties' objections based on the length of the 113 page decision, length of the more than 80 page Complaint, and the complexity of issues raised. The parties therefore jointly request a 35-day extension to submit their objections to the R&R, to November 1, 2024, and 35 days from that deadline to respond to the opposing parties' objections, to December 6. This is the parties' first request for an extension of time regarding the objections.

Miller & Chevalier Chartered . 900 16th Street NW . Black Lives Matter Plaza . Washington, DC 20006
T 202.626.5800 . millerchevalier.com

September 30, 2024
Page 2

      Counsel for all Defendants has reviewed this letter motion and authorized counsel for Plaintiffs to file as a joint request.

                                                             Sincerely,

                                                               */s/ Kirby D. Behre*
                                                               Kirby D. Behre

cc:      Counsel of Record (via CM/ECF)