UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FARHAD AZIMA, <br> ALG TRANSPORTATION, INC., <br> MAIN 3260 LLC, <br> FFV W39 LLC, and <br> FFV DEVELOPMENT LLC, <br><br> Plaintiffs, <br><br> v. <br><br> DECHERT LLP, <br> DAVID NEIL GERRARD, <br> DAVID GRAHAM HUGHES, <br> NICHOLAS DEL ROSSO, <br> VITAL MANAGEMENT SERVICES, INC., <br> AMIT FORLIT, <br> INSIGHT ANALYSIS AND RESEARCH LLC, <br> SDC-GADOT LLC, <br> AMIR HANDJANI, <br> ANDREW FRANK, and <br> KARV COMMUNICATIONS, <br><br> Defendants. | Case No. 1:22-cv-08728 (PGG) (JW) |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Farhad Azima, ALG Transportation, Inc., Main 3260 LLC, FFV W39 LLC, and FFV Development LLC, by and through his undersigned counsel, hereby give notice that the above-captioned action is voluntarily dismissed against the remaining Defendants with prejudice.

| | |
|---|---|
| July 9, 2025<br>Washington, DC | Respectfully submitted,<br><br>     /s/ Kirby D. Behre     <br>Kirby D. Behre (admitted pro hac vice)<br>Timothy P. O'Toole (admitted pro hac vice)<br>Lauren E. Briggerman (admitted pro hac vice)<br>Ian A. Herbert (admitted pro hac vice)<br>Cody F. Marden (admitted pro hac vice)<br>Miller & Chevalier Chartered<br>900 Sixteenth Street, NW<br>Washington, DC 20006<br>Tel. (202) 626-5800<br>Fax. (202) 626-5801<br>Email: kbehre@milchev.com<br>Email: totoole@milchev.com<br>Email: lbriggerman@milchev.com<br>Email: iherbert@milchev.com<br>Email: cmarden@milchev.com<br><br>Harry H. Rimm<br>Womble Bond Dickinson (US) LLP<br>950 Third Avenue, Suite 2400<br>New York, NY 10022<br>Tel. (332) 258-8400<br>Fax. (332) 258-8949<br>Email: harry.rimm@wbd-us.com<br><br>*Counsel for Plaintiffs* |